Entered: March 31, 2015
Signed:  March 31, 2015

**SO ORDERED**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   13–28246 – RAG     Chapter:   7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Donna A. Earket
*debtor has no known aliases*
108 Fusting Ave
Apt B
Catonsville, MD 21228

Social Security No.:   xxx–xx–4063

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor(s) on 10/28/13.

The estate of the above–named debtor(s) has been fully administered.

ORDERED, that Richard M. Kremen is discharged as trustee of the estate of the above–named debtor(s); and the Chapter 7 case of the above named debtor(s) is closed.

**End of Order**

**fnldec** – *admin*